UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -7 AM 8 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CRISTOBAL COLON DIAZ

V.                          CIVIL NO. 97-1243 (RLA)

SERGIO GONZALEZ

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/1/99   Docket # 31<br><br>[X] Dfts.<br><br>Title: MOTION TO STRIKE PLAINTIFF'S FIRST SET OF INTERROGATORIES AND PRODUCTION OF DOCUMENTS | GRANTED. The discovery requests are stricken as untimely propounded. |

October 6, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:           # 32