IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CRISTOBAL COLON DIAZ.

    Plaintiff,

v.                       CIVIL NO. 97-1243 (RLA)

SERGIO GONZALEZ, et al.,

    Defendants.

### ORDER EXTENDING DEADLINE TO PROPOUND WRITTEN DISCOVERY AND TO CONCLUDE DEPOSITIONS

Plaintiff having shown cause, the Motion Requesting Reconsideration of Order Striking Interrogatory, filed on October 14, 1999 (docket No. **33**) is **GRANTED**. Accordingly, defendants shall respond to plaintiff's interrogatories propounded on September 28, 1999.

The Joint Motion Requesting Extension of Time to Complete Depositions, filed on October 22, 1999 (docket No. **34**) is **GRANTED**. Accordingly, the depositions of all parties and fact witnesses shall conclude **on or before November 30, 1999**.

The parties are admonished that the following deadlines and settings previously set by the Court[1] remain in effect.

---

[1] See Minutes of Status Conference Held on August 9, 1999 (docket No. 30).



CIVIL NO. 97-1243 (RLA)      Page 2

| | |
|---|---|
| 11/1/99 | Deadline for plaintiff to amend the complaint to include LAURA MATOS as an additional defendant. |
| 11/15/99 | Deadline for plaintiff's expert witness reports. |
| 11/30/99 | Deadline for defendant's expert witness reports. |
| 12/15/99 | Deadline for depositions of all expert witnesses. |
| 1/12/2000 | SETTLEMENT CONFERENCE at **2:30 p.m.** |

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)