IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CRISTOBAL COLON DIAZ.

    Plaintiff,

    v.                                      CIVIL NO. 97-1243 (RLA)

SERGIO GONZALEZ, et al.,

    Defendants.

### ORDER GRANTING WITHDRAWAL OF PLAINTIFF'S COUNSEL AND EXTENDING DEADLINE FOR CONCLUDING DEPOSITIONS AND FOR SUBMITTING DISPOSITIVE MOTIONS

#### WITHDRAWAL OF PLAINTIFF'S COUNSEL

Counsel having shown cause, the Motion Requesting Leave to Withdraw as Counsel for Plaintiff, filed by JESUS R. MORALES CORDERO, ESQ. on February 17, 2000 (docket No. **40)** is hereby **GRANTED**. Accordingly, until substitute counsel enters an appearance all motions and orders filed in this case shall be mailed directly to plaintiff at: Apdo. 359, Gurabo, P.R. 00778.

The request for additional time to conclude the pending depositions and for submission of dispositive motions has been granted but limited to the deadlines set forth below. Plaintiff is admonished that it is his responsibility to ensure that his new legal representation abides by them. Failure to comply shall result in the dismissal of the complaint. Trial date remains firm.

#### DEPOSITIONS

The following pending depositions shall be concluded **on or before April 14, 2000:**




CIVIL NO. 97-1243 (RLA)                                             Page 2

1.  ANGEL MORALES

2.  OSCAR ROMERO

3.  MANUEL FELICIANO

4.  MIRIAM MERCADO

## DISPOSITIVE MOTIONS

The following deadlines are hereby set for the parties to exchange and file any dispositive motions in this action in accordance with the procedure set forth in the Amended Standing Order issued by the undersigned on May 19, 1998:

| | |
|---|---|
| **5/15/2000** | Deadline for service of dispositive motions. |
| **5/30/2000** | Deadline for service of oppositions. |
| **6/15/2000** | Deadline for service of replies (if warranted). |
| **6/27/2000** | Deadline for service of sur-replies (if warranted). |
| **6/30/2000** | Deadline for filing dispositive motion package. |

## JURY TRIAL

**TRIAL** in this action is hereby set for **August 29, 2000 at 9:30 a.m.**

## PRETRIAL/SETTLEMENT CONFERENCE

A **PRETRIAL/SETTLEMENT CONFERENCE,** to be held before the undersigned,[1] is hereby scheduled for **August 18, 2000 at 10:00 a.m.**

---

[1] The parties shall contact the undersigned's chambers to verify where the conference will be held.

AO 72
(Rev 8/82)

CIVIL NO. 97-1243 (RLA)                                                Page 3

The Proposed Joint Pretrial Order[2] in accordance with the provisions of our previous Order[3] shall be filed **on or before August 11, 2000**.

### STANDING ORDER

The parties shall file a TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM[4] no later than **August 23, 2000** in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**.

The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked prior to trial.[5]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22 day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[2] A courtesy copy to be delivered directly to the chambers of the undersigned.

[3] See Order Continuing Settlement Conference... filed on January 12, 2000 (docket No. 39).

[4] Courtesy copies of all these documents shall be delivered directly to the chambers of the undersigned.

[5] The parties shall furnish the undersigned an additional copy of all documents intended to be presented as evidence at trial.

CIVIL NO. 97-1243 (RLA)                                          Page 4

## SUMMARY OF DEADLINES AND SETTINGS

| Date | Description |
|---|---|
| 4/14/2000 | Deadline for concluding pending depositions. |
| 5/15/2000 | Deadline for service of dispositive motions. |
| 5/30/2000 | Deadline for service of oppositions. |
| 6/15/2000 | Deadline for service of replies (if warranted). |
| 6/27/2000 | Deadline for service of sur-replies (if warranted). |
| 6/30/2000 | Deadline for filing dispositive motion package. |
| 8/11/2000 | Deadline for filing JOINT PRETRIAL ORDER |
| 8/18/2000 | PRETRIAL/SETTLEMENT CONFERENCE at **10:00 a.m.** |
| 8/23/2000 | Deadline for filing TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM |
| **** | Parties to mark evidence prior to trial |
| **** | Parties to provide the court copy of all documents intended to be presented as evidence at trial. |
| 8/29/2000 | JURY TRIAL at **9:30 a.m.** |

AO 72
(Rev 8/82)