IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CRISTOBAL COLON DIAZ.

    Plaintiff,

    v.                                 CIVIL NO. 97-1243 (RLA)

SERGIO GONZALEZ, et al.,

    Defendants.

**ORDER SETTING DEADLINE FOR APPEARANCE OF SUBSTITUTE COUNSEL**

Plaintiff has failed to appear through substitute counsel since leave was granted for JESUS R. MORALES CORDERO, ESQ. to withdraw as his attorney in February 2000.[1] Accordingly, defendants' Motion Requesting this Honorable Court to Order Plaintiff to Announce Legal Representation and for an Extension of Time, filed on May 8, 2000 (docket No. **42**) is **GRANTED**.

Plaintiff is admonished that unless substitute counsel enters an appearance on his behalf **on or before June 15, 2000** the complaint filed in this case shall be dismissed for lack of prosecution.

In the meantime, the terms for submission of dispositive motions will be **HELD IN ABEYANCE**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12 day of May, 2000.

                                              RAYMOND L. ACOSTA
                                              United States District Judge

---

[1] See Order Granting Withdrawal of Plaintiff's Counsel... issued on February 22, 2000 (docket No. 41).

AO 72
(Rev 8/82)