IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRISTOBAL COLON DIAZ. | |
| Plaintiff, | |
| v. | CIVIL NO. 97-1243 (RLA) |
| SERGIO GONZALEZ, et al., | |
| Defendants. | |

### FINAL JUDGMENT

The Motion Requesting Voluntary Dismissal with Prejudice, filed by the parties on May 26, 2000 (docket NO. **44**) is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this ___ day of June, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)